IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR303 |
| vs. | |
| GREG REICHERT | **ORDER** |
| Defendant. | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial Date [41]. Counsel is seeking additional time to finalize plea negotiations. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial Date [41] is granted as follows:

1. The jury trial, now set for December 11, 2018, is continued to **January 29, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 29, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 12th day of December 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge