# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>GREG REICHERT<br><br>      Defendant. | 8:17CR303<br><br>**ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [48]. Counsel seeks additional time to find a mutually acceptable resolution short of trial. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [48] is granted as follows:

1. The jury trial now set for March 12, 2019, is continued to **April 23, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 23, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned.**

Dated this 8th day of March 2019.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge